UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

             Plaintiff,

v.

Kevin Krause,

             Defendant.

Criminal No. 26-cr-20108

Honorable David M. Lawson
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

_____

**ORDER TO UNSEAL INDICTMENT**

_____

Upon the Government's request, IT IS HEREBY ORDERED that this Indictment and Arrest Warrant shall be unsealed.

IT IS SO ORDERED.

s/ Patricia T. Morris
Hon. Patricia T. Morris
United States Magistrate Judge

Entered: March 10, 2026